DISREGARD JUDGMENT DOCKETED IN INCORRECT CASE IN ERROR.